# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                    NO. 4:12CR00078 JLH

LEE ADAMS                                                                                DEFENDANT

## ORDER APPOINTING COUNSEL

Defendant appeared before the undersigned for arraignment and plea on this date. The Court took judicial notice of the fact that United States Magistrate Judge Beth Deere previously found that defendant qualified for the appointment of counsel on November 17, 2011, in case number 4:11CR00199 JLH. Accordingly, attorney Omar F. Greene, II, is hereby appointed to represent defendant Lee Adams in this matter. The Clerk is directed to provide Mr. Greene with the appropriate CJA voucher for this case.

IT IS SO ORDERED this 19th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE